**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                    Case No. 12-cr-10-PB

<u>**Kevin Hodgson**</u>

<u>**O R D E R**</u>

The defendant has moved through counsel to continue the April 3, 2012 trial in the above case, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 3, 2012 to June 5, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 27, 2012 final pretrial conference is continued to May 21, 2012 at 2:30 p.m.

SO ORDERED.


                                        Paul Barbadoro
                                        United States District Judge

March 13, 2012

cc:  Jonathan Saxe, Esq.
     William Morse, AUSA
     United States Marshal
     United States Probation